IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 1:05-CR-433 |
| : | |
| v.  : | (Chief Judge Conner) |
| : | |
| **TONEY SABATER**, : | |
| : | |
| **Defendant**  : | |

## ORDER

AND NOW, this 13th day of March, 2017, upon consideration of the *pro se* motion (Doc. 75) by defendant Toney Sabater ("Sabater"), requesting early and immediate termination of the term of supervised release imposed by the court on November 1, 2006, (Doc. 41), and further upon consideration of the government's concurrence therein, (Doc. 77), and it appearing that Sabater was released from federal custody on August 8, 2014, and commenced his term of supervised release on October 27, 2015, and that Sabater has thus completed more than 16 months of his 36-month term of supervised release, and the court noting that Sabater has fully complied with all conditions of release during his term of supervision and has fully satisfied all court-ordered financial obligations, and the court observing that the decision whether to terminate or modify a term of supervised release is within the sound discretion of the district court, see Burkey v. Marberry, 556 F.3d 142, 149 (3d Cir. 2009), and is governed by 18 U.S.C. § 3583(e)(1), which allows the court to "terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release . . . if it is satisfied that such

action is warranted by the conduct of the defendant released and the interest of justice," id., and the court determining based upon the above observations that the interests of justice favor early termination of Sabater's term of supervision, it is hereby ORDERED that:

1. Sabater's motion (Doc. 75) for early termination of supervised release is GRANTED.

2. Sabater's term of supervised release is TERMINATED, effective immediately.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania